JS-6

FILED
CLERK U.S. DISTRICT COURT

MAY 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSE RUVALCABA,                        ) Case No. EDCV 07-836 SJO(JC)
                    Petitioner,        )
                                       ) (PROPOSED)
        v.                             ) JUDGMENT
                                       )
EDMUND G. BROWN,                       )
                                       )
                    Respondent.        )
                                       )
_____

    Pursuant to this Court's Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
in State Custody is denied and this action is dismissed.

DATED: _____5/30/08_____

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE